THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABEL I. SMITH, JR., Appellant, *v.* MAX S. GRIFENHAGEN, Sheriff of the County of New York, and JOHN J. HANLEY, Warden of the City Prison of the City of New York, Respondents.

First Department, April 16, 1915.

See head note in *Matter of Thaw* (*ante*, p. 104).

APPEAL by the relator, Abel I. Smith, Jr., from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 20th day of March, 1915, dismissing a writ of habeas corpus herein and directing the sheriff of the county of New York to deliver Harry K. Thaw to the proper authorities to be conveyed to the Matteawan State Hospital.

*Morgan J. O'Brien* and *John B. Stanchfield,* for the appellant.

*Franklin Kennedy* and *Frank E. Cook, Deputy Attorneys-General,* for the respondents.

HOTCHKISS, J.:

The facts being the same, for the reasons given in *Matter of Thaw* (167 App. Div. 104), decided herewith, the order appealed from should be affirmed.

McLAUGHLIN, CLARKE and SCOTT, JJ., concurred; INGRAHAM, P. J., concurred in result.

Order affirmed.    Order to be settled on notice.